No. 4446.—Pérez, aplte., *v.* Pérez et al., apldos.— C. D. Ponce. Nov. 27, 1928.

Por cuanto la Ley No. 43 de 1913 con sus enmiendas prescribe que en un procedimiento de *injunction* para recobrar la posesión de la propiedad las costas deben seguir a una sentencia en favor de una u otra parte;

Por cuanto en 28 de julio de 1928 esta corte en apelación dictó sentencia a favor del demandante en una acción así comenzada;

Por cuanto esta corte no concedió las costas y la parte victoriosa ha llamado nuestra atención con respecto a dicha omisión;

Por tanto, resolvemos enmendar y enmendamos nuestra sentencia arriba citada en el sentido de condenar en costas a los demandados; y así enmendada dicha sentencia remítase el mandato a la corte sentenciadora.